IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DETORE,** | CIV S 08-0002 LEW GGH P |
| Petitioner, | **ORDER** |
| **v.** | |
| **RICH SUBIA, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request to enlarge the time for filing the responsive pleading is hereby GRANTED, and respondent's responsive pleading is due on March 29, 2008.  IT IS SO ORDERED.

Dated: 03/04/08                    /s/ Gregory G. Hollows
                                           U.S. MAGISTRATE JUDGE

deto0002.po

[Proposed] Order

1