IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST DETORE,

      Petitioner,        No. CIV S-08-0002 JAM GGH P

    vs.

RICH SUBIA, et al.,

      Respondents.        <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file a traverse to respondents' answer to petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's April 28, 2008 request for an extension of time (Docket #12) is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: 05/06/08

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

GGH:ja
deto0002.111