# United States District Court
# Eastern District of California

| | |
|---|---|
| ERNEST DeTORE, | CV 08-2 TJH |
| Petitioner, | |
| v. | Order [25] |
| RICH SUBIA, *et al.*, | |
| Respondents. | |

The Court has considered Petitioner's motion for appointment of counsel, together with the moving papers.

It is Ordered that the motion be, and hereby is, Denied.

Date: April 9, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge