**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST DETORE | CASE NUMBER |
| | EASTERN DISTRICT OF CA   CV 08-0002 TJH |
| PETITIONER | |
| v. | |
| RICH SUBIA | **ORDER RE: CERTIFICATE OF APPEALABILITY** |
| RESPONDENT. | |

On _____11/19/09_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☒ The Certificate of Appealability is **DENIED** for the following reason(s):
    ☒ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

_____4/9/10_____
Date

_____
United States District Judge